AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 25-MJ-1227-DLC | Date and time warrant executed: 8/21/2025 6:00 AM | Copy of warrant and inventory left with: JULIA DE LA CRUZ |

Inventory made in the presence of: TFO DIMITRIOS KARADIMOS

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED FD-597 RECEIPT FOR PROPERTY

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/21/2025

_____
Executing officer's signature

FBI SA CHRISTOPHER WESEMANN
Printed name and title

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # NH-4062199

On (date) 08/21/2025

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) JEAN PAULINO GONZALEZ
(Street Address) 151 MAY STREET APT 2
(City) LAWRENCE, MA 01841

Description of Item(s): ONE BLACK IPHONE IN BLACK CASE, passcode 292929 PHONE NUMBER 978-771-7141
DNA BUCCAL SWABS

MEM 08/21/2025

Received By: (Signature)
FBI SPECIAL AGENT MATTHEW MARTENSEN

Received From: (Signature)